AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>TERRANCE BREW and<br>DAQUAN SANDERS,<br><br>*Defendant(s)* | Case No.   4:19 MJ 7119 SPM |

**FILED**
APR - 2 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 1, 2019  in the county of  St. Louis County  in the  Eastern  District of  Missouri , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2119 and 2 | Carjacking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*
TFO Trevor Voss, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/02/2019

_____
*Judge's signature*

City and state:  St. Louis, Missouri   Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*